IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Thomas McLaughlin, | ) | No.  CV-16-00100-PHX-SPL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Trans Union, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Having considered the parties' stipulation,

**IT IS ORDERED:**

1.  That the Stipulation for Dismissal (Doc. 52) is **granted**;

2.  That *Defendant Trans Union, LLC* is **dismissed with prejudice**;

3.  That each party shall bear its own costs and attorneys' fees; and

4.  That the Clerk of Court shall **terminate** Defendant Trans Union, LLC as a party in this action.

Dated this 22nd day of September, 2016.

Honorable Steven P. Logan
United States District Judge